Page 1 of 2

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION



UNITED STATES OF AMERICA

-vs-

JOSE HECTOR NIEVES-DAVILA

Case Number: 6:05-Cr-141-Orl-31UAM

USM Number: 24610-018

Peter Warren Kenny
201 South Orange Avenue #300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 1, 2 and 4 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Criminal Conduct, Domestic Battery and Resisting an Officer without Violence | June 30, 2007 |
| 2 | Excessive use of alcohol in violation of Condition 7 of the Standard Conditions of Supervision | June 30, 2007 |
| 4 | Failure to complete Community Service in violation of the special conditions of supervision. | September 13, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated charge number three and is discharged as to his failure to complete drug treatment.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

11/1/2007

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

November __1__, 2007

JOSE HECTOR NIEVES-DAVILA                                                                     Page 2 of 2
6:05-Cr-141-Orl-31UAM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 Months**.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                                    UNITED STATES MARSHAL

                                            By:_____
                                                    Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case